IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

VS.

NO. 5:22-CR-00009-014 (CHW)

TIARA THOMAS

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW the undersigned Probation Officer presenting an official report upon the conduct of the above-named defendant who was placed under pretrial release by the Honorable Charles H. Weigle, U.S. Magistrate Judge, on the 8th day of March 2022, pursuant to an Order Setting Conditions of Release (doc. 114).

The undersigned shows to the court that the defendant has violated conditions of release in the following manner:

1. The pretrial releasee failed to notify the probation office of any change in residence, in violation of the standard condition number three. On or about September 25, 2022, the pretrial releasee moved from her residence of 1799 Nussbaum Avenue, Macon, Georgia 31201, and her whereabouts are unknown.

2. The pretrial releasee has failed to submit to supervision by and report for supervision to the U.S. Probation Office, in violation of an additional condition of release. On or about July 1, 2022, August 1, 2022, September 1, 2022 and October 1, 2022, the pretrial releasee failed to report via telephone to the U.S. Probation Officer.

3. The pretrial releasee failed to participate in an approved substance abuse treatment program, in violation of an additional condition of release. The pretrial releasee failed to enroll in substance abuse treatment as originally instructed on May 20, 2022.

### Nature of Violation

On May 20, 2022, the defendant failed to complete her enrollment in substance abuse treatment at River Edge Behavior Health located in Macon, Georgia. The defendant had over four (4) months to enroll in substance abuse treatment and has failed to enroll as instructed. On March 15, 2022, the defendant reported for pretrial intake and signed the pretrial release reporting instructions indicating that she understood that she had to report by telephone on the first day of each month while on pretrial supervision. Thomas failed to report on July 1, 2022, August 1, 2022, September 1, 2022 and October 1, 2022. On September 23, 2022, the undersigned U.S. Probation Officer attempted to contact the defendant via telephone at the phone number on record. The telephone call was unsuccessful. On September 25, 2022, a field visit was conducted at the defendant's residence of record located at 1799 Nussbaum Avenue, Macon, Georgia 31201. Thomas was not home. A business card was left on the front door with instructions to contact U.S. Probation Officer Humphrey. The defendant failed to contact the undersigned as instructed. Since the defendant's pretrial supervision commenced, several field contacts have been conducted at the residence on record and the defendant has never been at the home. Tiara Thomas' whereabouts are currently unknown.

WHEREFORE, it is prayed that **the Clerk issue a Bench Warrant for the arrest of the defendant to bring her before the Court to answer these allegations**, and that the Court inquire into the allegations hereinabove set forth to determine whether the Order of Release ought to be **revoked**.

I declare under penalty of perjury that the foregoing is true and correct, this 11th day of October, 2022.

*Nico L. Humphrey*

Nico L. Humphrey
U.S. Probation Officer

Approved By:   *Donald L. Coneway, Sr.*

Donald L. Coneway, Sr.
Supervising U.S. Probation Officer